UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEBRA DIBUDUO, | ) |
| Plaintiff, | ) 2:11-CV-00542-PMP-LRL |
| v. | ) ORDER |
| FTC FORECLOSURE FUNDING LTD., et al., | ) |
| Defendants. | ) |

Having read and considered Plaintiff's Motion for Hearing (Doc. #4) and Defendants' Response thereto (Doc. #5) and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for Hearing and Request for Preliminary Injunction (Doc. #4) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall, not later than **May 6, 2011**, file a response to Defendants' Motion to Dismiss (Doc. #6).

DATED: April 25, 2011.

_____
PHILIP M. PRO
United States District Judge