1
2
3
4                       UNITED STATES DISTRICT COURT
5                              DISTRICT OF NEVADA
6                                      * * *
                                           )
7  DEBRA DIBUDUO, an individual,,          )     2:11-CV-00542-PMP-LRL
                                           )
8                 Plaintiff,               )
                                           )     **ORDER**
9   vs.                                    )
                                           )
10 FIC FORECLOSURE FUNDING                 )
   LTD., a corporation; CR TITLE           )
11 SERVICES, INC., a corporation,          )
   CITIMORTAGE, INC., a corporation,       )
12                                         )
                                           )
13               Defendants.               )
                                           )
14

15        On April 19, 2011, Defendants CR Title Services, Inc., and CitiMortgage,
16 Inc., filed a Motion to Dismiss Plaintiff's Complaint (Doc. #6).
17        On May 9, 2011, the Court approved a Stipulation granting Plaintiff to and
18 including May 29, 2011 within which to file a response to Defendants' Motion to
19 Dismiss Plaintiff's Complaint (Doc. #12).  Plaintiff has failed to do so, and therefore,
20 consents to the granting of Defendants' motion.  Moreover, a review of Defendants'
21 motion shows that Defendants are entitled to the relief requested on the merits.
22        **IT IS THEREFORE ORDERED** that Defendants CR Title Services, Inc.,
23 and CitiMortgage, Inc.'s, Motion to Dismiss Plaintiff's Complaint (Doc. #6) is
24 **GRANTED**.
25 ///
26

1 **IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment in favor of Defendants CR Title Services, Inc., and CitiMortgage, Inc., and against Plaintiff Debra Dibuduo.

DATED: May 23, 2011.

_____
PHILIP M. PRO
United States District Judge