ADAMS LAW GROUP, LTD.
JAMES R. ADAMS, ESQ.
Nevada Bar No. 6874
ASSLY SAYYAR, ESQ.
Nevada Bar No. 9178
8330 W. Sahara Ave., Suite 290
Las Vegas, Nevada 89117
Tel: 702-838-7200
Fax: 702-838-3636
james@adamslawnevada.com
assly@adamslawnevada.com
Attorney for Defendant FIC Foreclosure Funding, Ltd.

## U.S. DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA DIBUDUO,<br><br>　　　Plaintiff,<br><br>vs.<br><br>FIC FORECLOSURE FUNDING, LTD., a Corporation, CR TITLE SERVICES, INC. A Corporation, CITI MORTGAGE INC., a Corporation and I through X inclusive,<br><br>　　　Defendants. | Case No. 2:11-cv-00542-PMP-LRL<br><br>**FIC FORECLOSURE FUNDING, LTD.'S NOTICE OF DISMISSAL OF CROSS CLAIM** |
| FIC FORECLOSURE FUNDING, LTD., a Canadian Corporation,<br><br>　　　Counter Claimant,<br><br>vs.<br><br>DEBRA DIBUDUO, an individual, DOES 1 through X, and ROE CORPORATIONS 1 through X,<br><br>　　　Counter Defendant. | |

FIC FORECLOSURE FUNDING, LTD., a Canadian Corporation,

    Cross Claimant,

v.

CR TITLE SERVICES, INC. a corporation, CITI MORTGAGE INC., a corporation DOES 1 through X, and ROE CORPORATIONS 1 through X,

    Cross Defendants.

COMES NOW Defendant FIC FORECLOSURE FUNDING LTD. (hereinafter "FIC" or "Cross Claimant") and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I), hereby voluntarily dismisses its cross claim against Cross Defendants CR TITLE SERVICES, Inc. And CITI MORTGAGE, INC. without prejudice.

Dated this 2nd day of June, 2011.

ADAMS LAW GROUP, LTD.

_____
JAMES R. ADAMS, ESQ.
Nevada Bar No. 6874
ASSLY SAYYAR, ESQ.
Nevada Bar No. 9178
8330 W. Sahara Ave. Suite 290
Las Vegas, Nevada 89117

**Please Note New Mailing Address**

IT IS SO ORDERED

DATED: June 2, 2011.

_____
PHILIP M. PRO
United States District Judge