ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
ariel.stern@akerman.com
steven.shevorski@akerman.com

*Attorneys for Defendants CitiMortgage, Inc. and CR Title Services, Inc..*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA DIBUDUO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FIC FORECLOSURE FUNDING LTD., a corporation; CR TITLE SERVICES, INC., a corporation, CITIMORTGAGE, INC., a corporation, and I through X inclusive,<br><br>Defendants. | Case No.: 2:11-cv-00542-PMP-LRL<br><br>**ORDER CANCELING LIS PENDENS** |

This Court issued an Order Granting Defendants CitiMortgage, Inc. and CR Title Services, Inc.'s (collectively, "Defendants") Motion to Dismiss [Dkt. 15] on May 23, 2011 and entered Judgment in favor of Defendants on May 24, 2011 [Dkt. 16].

Defendants request that the lis pendens Plaintiff DEBRA DIBUDUO ("Plaintiff")recorded against the subject property be canceled.

The Court finds that Plaintiff recorded a Notice of Lis Pendens ("Lis Pendens") on or about November 16, 2009, as Instrument Number 200911160000656 in real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto as **Exhibit A** and fully incorporated by reference.

Upon consideration of Defendants' request to cancel the above-referenced Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules

as follows:

1. It is ordered, adjudged and decreed that the above-referenced Lis Pendens is hereby canceled, released and expunged.

2. It is further ordered, adjudged and decreed that this Order canceling the above-referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. It is further ordered, adjudged and decreed that Defendants record a properly certified copy of this Cancellation Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

Dated: __August 25, 2011_____

Submitted by:

**AKERMAN SENTERFITT LLP**

 /s/ Steven S. Shevorski  
ARIEL E STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
400 South Fourth Street, Suite 450
Las Vegas, Nevada  89101

*Attorneys for Defendants CitiMortgage, Inc. and CR Title Services, Inc.*

{LV048122;1}                              2